MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MCKESSON MEDICAL-SURGICAL INC., a
Virginia corporation,

                    Plaintiff(s),                    Case No.  2:26-cv-11093-MAG-EAS

v.                                                          Mark A. Goldsmith

JAWAD A. SHAH, M.D., P.C., a Michigan                      Elizabeth A. Stafford
professional corporation,

                    Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

JAWAD A. SHAH, M.D., P.C., a Michigan professional corp.      for failure to plead or otherwise defend.

## <u>AFFIDAVIT</u>

In support of my request for Clerk's Entry of Default, I state that:

1.   The summons and complaint were served on _____ April 8, 2026 _____ at

 4800 Saginaw Street, Flint, MI 48507 _____ by

 personal service.

2.   The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.   The defendant is not an infant, incompetent person or a member of the military service.

4.   This statement is true and is signed under the penalty of perjury.

May 4, 2026                                    /s/ Joanne N. Davies
                                               _____

                                               Joanne N. Davies (WA SBN #57796)
                                               BUCHALTER LLP
                                               600 University Street, Suite 3100
                                               Seattle, WA 98101
                                               Tel.: 949.224.6221
                                               Email:  jdavies@buchalter.com
                                               Attorneys for Plaintiff

## DECLARATION OF SERVICE

I, Estela V. Acosta, am employed in the County of Multnomah, State of Oregon. I am over the age of 18 years, and not a party to the within action.  My business address is Buchalter LLP, 805 SW Broadway, Suite 1500, Portland, OR 97205 and my email address is eacosta@buchalter.com.  On the date set forth below, I served the foregoing document(s) described as:

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

on all other parties and/or their attorney(s) of record to this action by ☐ emailing; and/or ☒ placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Jawad A. Shah, M.D., P.C.<br>Attn:  Ali Madha, Registered Agent<br>4800 S. Saginaw Street<br>Flint, MI 48507 | Defendant |

☒      **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  The address shown above is the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter LLP in Portland, Oregon.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐      **BY EMAIL**  I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 4, 2026 at Portland, Oregon.

_____
Estela V. Acosta, Legal Assistant

1

**DECLARATION OF SERVICE**