UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCKESSON MEDICAL-SURGICAL INC.,

      Plaintiff,

v.                                 Case No. 26-cv-11093
                                   HON. MARK A. GOLDSMITH

JAWAD A. SHAH, M.D., P.C.,

      Defendant.

_____/

## ORDER RE FILING MOTION FOR DEFAULT JUDGMENT

Although a default has been entered in this case, pursuant to Plaintiff's request, Plaintiff has not sought a default judgment. Within 14 days of the date of entry of this order, Plaintiff shall file a motion for default judgment or file a memorandum setting forth reasons for not doing so. The failure to file a motion or memorandum will result in dismissal of the claims against the defaulted party for failure to prosecute.

      **SO ORDERED.**

Dated: June 12, 2026                         s/Mark A. Goldsmith
Detroit, Michigan                      MARK A. GOLDSMITH
                                 United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 12, 2026.

                                   s/Joseph Heacox
                                   JOSEPH HEACOX
                                   Case Manager