## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| MCKESSON MEDICAL-SURGICAL INC., a Virginia corporation,<br><br>Plaintiff,<br>v.<br><br>JAWAD A. SHAH, M.D., P.C., a Michigan professional corporation,<br><br>Defendant. | Case No. 2:26-cv-11093-MAG-EAS<br>HON. MARK A. GOLDSMITH<br><br><br>ELECTRONICALLY FILED |

### JOINT MEMORANDUM AND STATUS REPORT

The parties, McKesson Medical-Surgical Inc. ("McKesson") and Jawad A. Shah, M.D., P.C. ("Shah") submit this Joint Memorandum and Status Report in compliance with this Court's June 12, 2026 Order (Dkt. 11) (the "Order").

For background, on April 3, 2026, McKesson filed a Complaint against Shah for breach of contract for failure to pay for goods shipped and invoiced (Dkt. 1). Shah was personally served with the Complaint on April 8, 2026 (Dkt. 5). On May 4, 2026, McKesson filed a Request for Clerk's Entry of Default (Dkt. 9). On May 6, 2026, a Clerk's Entry of Default was entered against Shah (Dkt. 10).

On June 2, 2026, while McKesson was in the process of preparing its motion for entry of default judgment against Shah it was contacted by counsel for Shah who advised Shah would be seeking to set aside the Clerk's Entry of Default. The parties then commenced discussing potential settlement of the action.

1

On June 12, 2026, the Court entered the Order requiring that McKesson file a motion seeking default judgment or a memorandum setting forth reasons for not doing so on or before June 26, 2026. This Joint Memorandum and Status Report explains McKesson's decision not to pursue default judgment against Shah by that deadline, the status of the parties settlement discussions and status of Shah's motion to set aside entry of default. Should the Court require additional detail, the parties stand ready to submit a supplemental statement.

## MCKESSON'S DECISION NOT TO PURSUE DEFAULT JUDGMENT, SETTLEMENT STATUS AND STATUS OF SHAH'S MOTION TO SET ASIDE ENTRY OF DEFAULT

McKesson has decided not to pursue default judgment against Shah because counsel has appeared on behalf of Shah and indicated that Shah will be seeking to set aside the Clerk's Entry of Default and the parties are currently engaged in productive settlement discussions and reasonably believe a mutually agreeable resolution will be reached soon. Accordingly, the parties are requesting from the Court an additional four (4) weeks, beginning on June 26, 2026, to facilitate continued settlement negotiations. In the event a resolution cannot be reached within that timeframe, McKesson has agreed to not oppose a request from Shah to set aside the default against Shah entered in this case. Thus, if the parties do not reach settlement on or before July 24, 2026, Shah will file an unopposed motion to set aside default, and this case will proceed on the merits.

**BUCHALTER LLP**

By:  */s/ Joanne N. Davies*
    Joanne N. Davies (*Pro Hac Vice*)
    *Attorneys for Plaintiff*
    600 University St., Ste 3100
    Seattle, WA 98101
    (949) 224-6221
    jdavies@Buchalter.com

**WOLFSON BOLTON
KOCHIS PLLC**
Scott A. Wolfson (P53194)
*Attorneys for Plaintiff*
880 West Long Lake Rd., Ste 420
Troy, MI 48098
(248) 247-7103
swolfson@wolfsonbolton.com

-and-

**APEX LAW**

By:  */s/ Peter J. Domas (signature by
    consent on 6/25/26)*
    Peter J. Domas (P76554)
    *Attorneys for Defendant*
    32900 Five Mile Rd.
    Livonia, MI 48154
    (734) 888-8399
    pdomas@apexgrouplaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I caused the foregoing Joint Memorandum and Status Report to be served upon all counsel of record via the Court's electronic filing system.

Dated: June 25, 2026

/s/ Joanne N. Davies
Joanne N. Davies