**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL INC., a Virginia corporation,<br><br>Plaintiff,<br>v.<br><br>JAWAD A. SHAH, M.D., P.C., a Michigan professional corporation<br><br>Defendant. | Case No. 4:26-cv-11093-MAG-EAS<br>HON. MARK A. GOLDSMITH<br><br><br>ELECTRONICALLY FILED |

**JOINT MEMORANDUM AND STATUS REPORT**

The parties, McKesson Medical-Surgical Inc. ("McKesson") and Jawad A. Shah, M.D., P.C. ("Shah"), collectively the "Parties," by and through their undersigned counsel, hereby submit this Joint Memorandum and Status Report in advance of the scheduled July 28, 2026 at 4:30 PM Status Conference Hearing (Dkt. 14) (the "Status Conference"), updating the Court on the Parties reaching a settlement in principle.

For background, on April 3, 2026, McKesson filed a Complaint against Shah for breach of contract for failure to pay for goods shipped and invoiced (Dkt. 1). Shah was personally served with the Complaint on April 8, 2026 (Dkt. 5). On May 4, 2026, McKesson filed a Request for Clerk's Entry of Default (Dkt. 9). On May 6, 2026, a Clerk's Entry of Default was entered against Shah (Dkt. 10).

On June 2, 2026, while McKesson was in the process of preparing its motion for entry of default judgment against Shah it was contacted by counsel for Shah who advised

Shah would be seeking to set aside the Clerk's Entry of Default. The Parties then commenced discussing potential settlement of the action.

On June 12, 2026, the Court entered an Order requiring that McKesson file a motion seeking default judgment or a memorandum setting forth reasons for not doing so on or before June 26, 2026 (Dkt. 11).

On June 25, 2026, the Parties filed a Joint Memorandum and Status Report explaining McKesson's decision not to pursue default judgment against Shah in light of the appearance of counsel by Shah and Shah's intention to file a motion to set aside entry of default (Dkt. 13). As settlement discussions were in progress, the Parties requested a four-week extension in order to facilitate continued settlement negotiations. (*Id.*) To the extent settlement was not reached, Shah was to file an unopposed motion to set aside entry of default on or before July 24, 2026. (*Id.*)

The Parties jointly advise the Court that a settlement in principle has been reached to resolve the claims in the action. The Parties are in the process of drafting the settlement documentation and anticipate that settlement should be finalized within the next thirty (30) days. Upon full execution of the settlement documentation, the Parties intend to file a Joint Motion to Stay All Deadlines and Notice of Settlement with a request that all deadlines be stayed to June 15, 2027 as the settlement contains certain provisions that cannot immediately be completed. Upon completion of the final settlement condition, the Parties shall file a joint stipulation of dismissal of the action.

Based on the foregoing settlement in principle, the Parties respectfully request that the Court suspend all deadlines for thirty (30) days to allow time for the settlement to be

finalized and vacate the July 28, 2026 Status Conference Hearing so the Parties may devote their time and resources towards finalizing the terms of the settlement.

**BUCHALTER LLP**

By: *<u>/s/ Joanne N. Davies</u>*
Joanne N. Davies (WA 57796)
*Attorneys for Plaintiff*
600 University St., Ste 3100
Seattle, WA 98101
(949) 224-6221
jdavies@Buchalter.com

**WOLFSON BOLTON KOCHIS PLLC**
Scott A. Wolfson (P53194)
*Attorneys for Plaintiff*
880 West Long Lake Rd., Ste 420
Troy, MI 48098
(248) 247-7103
Swolfson@wolfsonbolton.com

-and-

**APEX LAW**

By: *<u>/s/ with consent of Peter J. Domas</u>*
Peter J. Domas (P76554)
*Attorneys for Defendant*
32900 Five Mile Rd.
Livonia, MI 48154
(734) 888-8399
PDomas@apexgrouplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I caused the foregoing Joint Memorandum and Status Report to be served upon all counsel of record via the Court's electronic filing system.

*/s/ Joanne N. Davies*
Joanne N. Davies

Dated: July 24, 2026