**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MCKESSON MEDICAL-SURGICAL INC., a Virginia corporation,<br><br>Plaintiff,<br>v.<br><br>JAWAD A. SHAH, M.D., P.C., a Michigan professional corporation<br><br>Defendant. | Case No. 4:26-cv-11093-MAG-EAS<br>HON. MARK A. GOLDSMITH<br><br>ELECTRONICALLY FILED |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

The parties, Plaintiff McKesson Medical-Surgical Inc. ("Plaintiff") and Defendant Jawad A. Shah, M.D., P.C. ("Defendant") hereby file this Joint Motion To Stay All Deadlines and Notice of Settlement (the "Joint Motion"), and in support thereof respectfully show the Court as follows:

All matters in controversy between Plaintiff and Defendant have been settled in principle. The parties wish to conclude the settlement without burdening the Court with any additional filings and without incurring unnecessary expense. The settlement contains certain provisions that cannot immediately be completed. The settlement also provides that Plaintiff will dismiss the matter without prejudice upon receipt of this final condition which will be completed on or before September 30, 2027. Accordingly, Plaintiff and Defendant jointly and respectfully request that the Court grant a stay of the proceedings between them,

including all deadlines, until September 30, 2027. The parties further request leave to move jointly to extend the stay if the settlement obligations have not been completed by that date.

The parties submit that good cause exists for granting this agreed motion, as set forth above. This Joint Motion is not filed for purposes of delay, but so that justice may be served.

A proposed order granting this Joint Motion is concurrently submitted herewith.

Dated: October 2, 2026

Respectfully submitted,

**BUCHALTER LLP**

By: *<u>/s/ Joanne N. Davies</u>*
Joanne N. Davies (WA 57796)
*Attorneys for Plaintiff*
600 University St., Ste 3100
Seattle, WA 98101
(949) 224-6221
jdavies@Buchalter.com

**WOLFSON BOLTON KOCHIS PLLC**
Scott A. Wolfson (P53194)
*Attorneys for Plaintiff*
880 West Long Lake Rd., Ste 420
Troy, MI 48098
(248) 247-7103
Swolfson@wolfsonbolton.com

-and-

**APEX LAW**

By: *<u>/s/ with consent of Peter J. Domas</u>*
Peter J. Domas (P76554)
*Attorneys for Defendant*
32900 Five Mile Rd.
Livonia, MI 48154
(734) 888-8399
PDomas@apexgrouplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I caused the foregoing JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT to be served upon all counsel of record via the Court's electronic filing system.

*/s/ Joanne N. Davies*
Joanne N. Davies

Dated: October 2, 2026